IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL WALKER, #1401710, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 3:07-CV-0205-L |
| D.S. THOMAS, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This is a civil rights action brought by a state jail inmate against certain Dallas Police

Officers.  Pursuant to 28 U.S.C. §636(b), and an order of the court in implementation thereof, this

action was referred to the United States magistrate judge for proposed findings and recommendation.

On March 2, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate

Judge were filed, to which no objections were filed.*

Having reviewed the pleadings, file and record in this case, and the findings and conclusions

of the magistrate judge, the court determines that the findings and conclusions are correct, and are

**accepted** as those of the court.  This case is **dismissed without prejudice** for want of prosecution

pursuant to Fed. R. Civ. P. 41(b).  A final judgment dismissing this case without prejudice will issue

by separate document.

---

*As noted by the magistrate judge, as of the date of his Findings, Conclusions and Recommendation, Plaintiff was no longer incarcerated and had failed to contact the court or notify it of his new address.  Similarly, the court notes that the magistrate judge's Findings, Conclusions and Recommendation was returned to the court as undeliverable.

**Order – Page 1**

**It is so ordered** this 19th day of March, 2007.

Sam A. Lindsay
United States District Judge